## CRAVENS & JUSTISS V. BRYANT.

1. Where the plaintiff prevails upon a demurrer to a plea in abatement, the judgment is not final, but that the defendant answer over.

Error to the County Court of Tallapoosa.

T. CLAY, for plaintiff in error.

ORMOND, J.—In this case, the defendant pleaded a plea in abatement of the suit, to which the plaintiff below demurred, and the Court sustained the demurrer, and rendered judgment for the debt. This was erroneous. If a verdict had been found against the defendant on an issue in fact, upon the plea, a final judgment should have been rendered for the plaintiff; but if the plaintiff prevails on a demurrer to such a plea, the judgment is not final, but interlocutory only—that the defendant answer over.

Let the judgment be reversed, and the cause remanded.